# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALDWIN PARK UNIFIED SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL REINSURANCE CORPORATION; and DOES 1 - 25,<br><br>Defendants. | Case No.: CV 16-9349-DMG (Ex)<br><br>**ORDER RE STIPULATED DISMISSAL WITH PREJUDICE [69[]70]** |

In light of the Stipulated Dismissal with Prejudice filed by Plaintiff and Counter-Defendant Baldwin Park Unified School District ("BPUSD") and Defendant and Counter-Claimant General Reinsurance Corporation ("GRC") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) on April 11, 2019, the Court hereby dismisses the above-captioned action (including both the Complaint and the Counterclaim), in its entirety, with prejudice, each party to bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: May 8, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-